**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert B Corbitt<br>Lillian M Corbitt<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 25-13876 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of First Federal Bank and index same on the master mailing list.

                            Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
26 Sep 2025, 15:30:27, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: 9ae12c9558925082aa9d367544e01353407350c52355e8b8346df47542117d20