**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert B Corbitt | CHAPTER 13 |
| Lillian M Corbitt | |
| Debtor(s) | BKY. NO. 25-13876 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of First Federal Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
26 Sep 2025, 15:30:27, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322