WWR# 041937677

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Robert B Corbitt<br>Lillian M Corbitt<br>　　　　　Debtors<br><br><br>PSECU<br>　　　　　Movant | CASE NO. 25-13876-pmm<br><br>CHAPTER 13<br><br><br>Related to Document Number(s) #15 |

**PRAECIPE TO WITHDRAW**
**OBJECTION TO CHAPTER 13 PLAN**

CHECK ONE:

☒　The undersigned hereby withdraws the above identified pleadings with the consent of the opposition, if any.

Dated: 12/12/2025

　　　　　　　　　　　　　　　　　/s/ Milos Gvozdenovic
　　　　　　　　　　　　　　　　　Milos Gvozdenovic (0077969)
　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　Sun East Federal Credit Union
　　　　　　　　　　　　　　　　　5990 West Creek Rd, Ste 200
　　　　　　　　　　　　　　　　　Independence, OH 44131
　　　　　　　　　　　　　　　　　216-739-5647
　　　　　　　　　　　　　　　　　mgvozdenovic@weltman.com