United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13876-pmm |
| Robert B Corbitt | Chapter 13 |
| Lillian M Corbitt | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 05, 2026 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert B Corbitt, Lillian M Corbitt, 431 Sunset Avenue, Mount Joy, PA 17552-2925 |
| 15055037 | + | Lillian M Corbitt, c/o MATTHEW LAZARUS, Lazarus Law, LLC, 2173 Embassy Drive, Unit 538 Lancaster, PA 17603-2387 |
| 15055038 | + | Robert B Corbitt, c/o MATTHEW LAZARUS, Lazarus Law, LLC, 2173 Embassy Drive, Unit 538 Lancaster, PA 17603-2387 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15068325 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 00:30:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15053740 | + | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 00:30:36 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 15053741 | + | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 00:30:48 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15053744 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 00:30:34 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15053745 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 00:30:49 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 15079250 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 00:30:39 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15053746 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 06 2026 00:21:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15054971 | ^ | MEBN | Feb 06 2026 00:18:36 | First Federal Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15053750 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 06 2026 00:21:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 15079050 | | Email/Text: bankruptcy@greenskycredit.com | Feb 06 2026 00:21:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 15072406 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 06 2026 00:21:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15053751 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 06 2026 00:21:00 | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15060869 | + | Email/Text: BKRMailOps@weltman.com | Feb 06 2026 00:21:00 | PENNSYLVANIA STATE EMPLOYEES CREDIT UNION, c/o Weltman, Weinberg & Reis Co LPA, 5990 West Creek Rd. Ste 200, Independence, OH 44131-2191 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15079311 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2026 00:20:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15053752 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2026 00:20:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 15073104 | + | Email/Text: bankruptcynotices@psecu.com | Feb 06 2026 00:21:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15053753 | + | Email/Text: bankruptcynotices@psecu.com | Feb 06 2026 00:21:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15053755 | + | Email/Text: servicing@svcfin.com | Feb 06 2026 00:21:00 | Service Finance Company, Attn: Bankruptcy, 555 South Federal Highway, Boca Raton, FL 33432-6033 |
| 15074395 | | Email/Text: bankruptcy@bbandt.com | Feb 06 2026 00:21:00 | Service Finance Company, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 15053756 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 00:30:21 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15053757 | + | Email/Text: bankruptcysst@alorica.com | Feb 06 2026 00:20:00 | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Road, Aaint Joseph, MO 64503-1600 |
| 15053758 | + | Email/Text: bncmail@w-legal.com | Feb 06 2026 00:21:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15053759 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 06 2026 00:21:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 15078422 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 06 2026 00:21:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15064112 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 06 2026 00:21:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15068327 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15068329 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15068340 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15053743 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15053742 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15053747 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15053748 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15053749 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15079793 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15053754 | *+ | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0313-4      User: admin      Page 3 of 3
Date Rcvd: Feb 05, 2026      Form ID: 155      Total Noticed: 28

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| MATTHEW LAZARUS | on behalf of Joint Debtor Lillian M Corbitt matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com |
| MATTHEW LAZARUS | on behalf of Debtor Robert B Corbitt matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor First Federal Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MILOS GVOZDENOVIC | on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Robert B Corbitt<br><br>    Lillian M Corbitt<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−13876−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 5, 2026                                                                                    For The Court

                                                                                                                         Patricia M. Mayer
                                                                                                                         Judge, United States Bankruptcy Court