Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Robert B Corbitt
Lillian M Corbitt
431 Sunset Avenue
Mount Joy, PA 17552

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-13876-PMM**

Petition Filed Date: 09/24/2025
341 Hearing Date: 10/28/2025
Confirmation Date: 02/05/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/17/2025 | $450.00 | | 11/10/2025 | $450.00 | | 12/09/2025 | $450.00 | |
| 01/09/2026 | $450.00 | | 02/09/2026 | $450.00 | | 03/09/2026 | $450.00 | |
| 04/09/2026 | $450.00 | | 05/11/2026 | $450.00 | | 06/09/2026 | $450.00 | |
| 07/09/2026 | $450.00 | | | | | | | |

**Total Receipts for the Period: $4,500.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $4,722.00 | $4,568.85 | $153.15 |
| 1 | PSECU<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF EDUCATION<br>»» 002 | Unsecured Creditors | $43,968.24 | $0.00 | $43,968.24 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $11,114.57 | $0.00 | $11,114.57 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $9,725.22 | $0.00 | $9,725.22 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $3,627.03 | $0.00 | $3,627.03 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $6,248.85 | $0.00 | $6,248.85 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $5,801.37 | $0.00 | $5,801.37 |
| 8 | PSECU<br>»» 008 | Unsecured Creditors | $10,093.84 | $0.00 | $10,093.84 |
| 9 | SERVICE FINANCE COMPANY LLC<br>»» 009 | Unsecured Creditors | $7,039.40 | $0.00 | $7,039.40 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $7,316.95 | $0.00 | $7,316.95 |
| 11 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | GREENSKY INC #3877<br>»» 012 | Unsecured Creditors | $10,810.65 | $0.00 | $10,810.65 |

**Chapter 13 Case No. 25-13876-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 013 | Unsecured Creditors | $11,495.00 | $0.00 | $11,495.00 |
| 14 | PNC BANK<br>»» 014 | Unsecured Creditors | $6,781.96 | $0.00 | $6,781.96 |
| 15 | LOANCARE SERVICING CENTER<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,950.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $4,568.85 | Arrearages: | $0.00 |
| Paid to Trustee: | $381.15 | Total Plan Base: | $27,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.